# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

January 10, 2007

129438(60)(61)
129482

RICHARD T. CLERC, Personal Representative of
the Estate of SARALYN M. CLERC, Deceased,
        Plaintiff-Appellee,

v

CHIPPEWA COUNTY WAR MEMORIAL
HOSPITAL,
        Defendant-Appellant,
and

ROBERT BAKER, M.D.,
        Defendant-Appellee.

SC: 129438
COA: 254940
Chippewa CC: 01-005641-NH

_____

RICHARD T. CLERC, Personal Representative of
the Estate of SARALYN M. CLERC, Deceased,
        Plaintiff-Appellee,

v

CHIPPEWA COUNTY WAR MEMORIAL
HOSPITAL,
        Defendant-Appellee,
and

ROBERT BAKER, M.D.,
        Defendant-Appellant.

SC: 129482
COA: 254940
Chippewa CC: 01-005641-NH

_____

On order of the Chief Justice, the motion for immediate consideration is GRANTED. The motion by the Michigan Trial Lawyers Association for leave to file a brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____        _____
                                                Clerk